AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

United States of America
v.
Samuel P. Stair, dob: XX/XX/1974

Case No. 26-901M(NJ)

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Samuel P. Stair

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Money Laundering; and
Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances; Conspiracy to Maintain a Drug Trafficking Place; Use of Communications Facilities to Facilitate Controlled Substance Felonies; Title 18, United States Code, Sections 1956, and 2(a); Title 21, United States Code, Sections 841(a)(1), 846, 856, and 843 (b);

Date: 4/21/2026

*Issuing officer's signature*

City and state:     Milwaukee, WI

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04/21/26 , and the person was arrested on *(date)* 04/22/26
at *(city and state)* Hales Corners, WI .

Date: 04/22/26

*Arresting officer's signature*

DEA TFO Allison Miller
*Printed name and title*